**Order entered September 21, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01045-CR
### No. 05-15-01046-CR

**SENRICK SHERN WILKERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-01183-J, F10-01184-J**

## ORDER

The Court **DENIES** appellant's September 17, 2015 pro se motion for appointment of counsel. The Court dismissed the appeals for want of jurisdiction on September 3, 2015.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE